**Peder Rigsby**, OSB #104903
E-mail:  peder.rigsby@bullivant.com
**Sean D. McKean**, OSB #204142
E-mail:  sean.mckean@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915

Attorneys for Defendant The Standard Fire Insurance Company

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **EVA NORDIN**,<br><br>                          Plaintiff,<br><br>     v.<br><br>**THE STANDARD FIRE INSURANCE COMPANY**, a foreign corporation,<br><br>                          Defendant. | Civil No.: 3:22-cv-775<br><br>**NOTICE OF REMOVAL**<br><br>Multnomah County Circuit Court Case No. 22CV14757 |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441(b), and 28 U.S.C. § 1446, Defendant The Standard Fire Insurance Company ("Standard") files its Notice of Removal on the following grounds:

///

///

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

NOTICE OF REMOVAL
Page 1

## I. PROCEDURAL POSTURE—STATE COURT ACTION

1. Defendant Standard is named in a civil action filed in the Circuit Court for the State of Oregon, for the County of Multnomah, entitled *Eva Nordin v. The Standard Fire Insurance Company, a foreign corporation*, Case No. 22CV14757. Plaintiff is an Oregon resident, and Defendant Standard is a Connecticut corporation with its principal place of business in Hartford, Connecticut.

2. The state court action began when Plaintiff's Complaint was filed on or about May 3, 2022. Defendant Standard first had notice of the lawsuit on May 5, 2022, when service of the Summons and Complaint was effectuated on it by serving Corporation Service Company. This Removal Petition is timely because it is being filed within 30 days of the filing and service of the Summons and Complaint.

3. The following pleadings constitute all of the process, pleadings, and orders received by Defendant Standard in this action to date: Complaint, Summons, and Plaintiff's First Request for Production of Documents, true copies of which are attached as Exhibit A.

## II. DIVERSITY JURISDICTION EXITS AND REMOVAL IS PROPER

4. The controversy between Plaintiff and Defendant is a controversy between citizens of different states as Plaintiff is a resident of the State of Oregon and Defendant Standard is a Connecticut corporation with its principal place of business in Hartford, Connecticut.

5. The above-entitled action is a civil action alleging contractual damages and breach of good faith related to Personal Injury Protection coverage, in addition to negligent

///

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

NOTICE OF REMOVAL
Page 2

infliction of emotional distress. Plaintiff seeks an award of economic damages in the amount of $47,000; non-economic damages in the amount of $28,000; and attorney fees and costs.

6. Together with attorney fees, the amount in controversy in this matter exceeds $75,000, exclusive of interest and costs.[1] This action is also one where complete diversity exists between the Plaintiff and the Defendant.

7. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and the action is removable pursuant to 28 U.S.C. § 1446(b).

8. The United States District Court for the District of Oregon, Portland Division, is the appropriate court for filing a notice of removal from the Multnomah County Circuit Court.

9. Defendant Standard is concurrently filing a Notice to State Court of Removal to Federal Court with the Clerk of the Multnomah County Circuit Court, in accordance with 28 U.S.C. § 1446(d).

///
///
///
///
///
///

---

[1] Attorney fees are considered in determining whether the amount in controversy is met. *Fritsch v. Swift Transp. Co. of Arizona, LLC*, 899 F.3d 785, 794 (9th Cir. 2018) (holding that in addition to considering attorney fees accrued at the time of removal "a court must include future attorneys' fees recoverable by statute or contract when assessing whether the amount-in-controversy requirement is met").

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

NOTICE OF REMOVAL
Page 3

WHEREFORE, Defendant Standard gives notice that this action is hereby removed to this Court.

DATED:  May 27, 2022

                          BULLIVANT HOUSER BAILEY PC

By  */s/ Peder Rigsby*
      **Peder Rigsby**, OSB #104903
      E-mail:   peder.rigsby@bullivant.com
      **Sean D. McKean**, OSB #204142
      E-mail:   sean.mckean@bullivant.com
      Telephone: 503.228.6351

      Attorneys for Defendant The Standard Fire Insurance Company

4875-1876-5090.1 24954/00881

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**NOTICE OF REMOVAL**
**Page 4**