IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EVA NORDIN,

        Plaintiff,

v.

THE STANDARD FIRE INSURANCE COMPANY, a foreign corporation,

        Defendant.

No. 3:22-cv-00775-HZ

JUDGMENT

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice and judgment is entered in favor of Defendant. Pending motions, if any, are denied as moot.

DATED:___October 3, 2023_____.

        _____
        MARCO A. HERNÁNDEZ
        United States District Judge

1 – JUDGMENT